### KING v. MOORE.

GILBERT, J. This case is controlled by the case of *Patterson* v. *Moore*, ante, 364. *Judgment reversed. All the Justices concur.* JANUARY 11, 1917.